## LAW OFFICES
## JOHN S. WALLENSTEIN
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

MEMO ENDORSED

April 17, 2020

**VIA ECF ONLY**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States v. Christian Minaya**
            **Docket # 15 CR 176 (KMK)**

Dear Judge Karas;

    The hearing with respect to the pending Violation of Supervised Release is presently scheduled for April 21. Because of the current emergency and the recently Amended petition, we respectfully request that the hearing be adjourned until June 18, 2020 at 10:00 a.m.

    Ms. Bordes advises that the date is available, and all parties concur.

    Thank you for your courtesy and consideration.

Respectfully yours,

JOHN S. WALLENSTEIN, ESQ.
Digitally signed by JOHN S. WALLENSTEIN, ESQ.
Date: 2020.04.17 10:41:07 -04'00'

JOHN S. WALLENSTEIN

JSW/hs

cc:   AUSA Michael Maimin (by ECF)
      USPO Erica Cudina (by email)

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/17/20