**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
(516) 742-5600   FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

MEMO ENDORSED

June 17, 2020

**VIA ECF ONLY**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Christian Minaya**
             **Docket # 15 CR 176 (KMK)**

Dear Judge Karas;

    The hearing with respect to the pending Violation of Supervised Release is presently scheduled for June 18. Because of the current emergency, and to permit the parties time to try to resolve outstanding issues, we respectfully request that the hearing be adjourned until August 19, 26, or 27 2020 at 11:00 a.m.

    Ms. Bordes advises that the dates are available, and all parties concur.

    Thank you for your courtesy and consideration.

                                    Respectfully yours,

                                    *John S. Wallenstein*

                                    JOHN S. WALLENSTEIN

JSW/hs

cc:    AUSA Michael Maimin (by ECF)
       USPO Erica Cudina (by email)

*Granted. The Court will hold a conference on August 26, 2020 at 10:30 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/23/2020