**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

*MEMO ENDORSED*

August 25, 2020

**VIA ECF ONLY**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Christian Minaya**
             **Docket # 15 CR 176 (KMK)**

Dear Judge Karas;

    The hearing with respect to the pending Violation of Supervised Release is presently scheduled for August 26, 2020. This morning, I received an Amended VOSR from Probation, detailing a new arrest. It is my understanding that Mr. Minaya is in custody in New York City. In light of these new developments, we respectfully request that the hearing be adjourned until October 26 or 27, 2020 at a time convenient to the Court.

    I have conferred with AUSA Michael Maimin, and he consents to the adjournment. Should the Court prefer to schedule for later that week, Mr. Maimin is unavailable until after 2:30 on the 29th and 30th, and I am similarly unavailable on the 30th.

    Thank you for your courtesy and consideration.

Respectfully yours,

JOHN S. WALLENSTEIN, ESQ.
*Digitally signed by JOHN S. WALLENSTEIN, ESQ. Date: 2020.08.25 12:17:27 -04'00'*

JOHN S. WALLENSTEIN

JSW/hs

cc:  AUSA Michael Maimin (by ECF)
      USPO Erica Cudina (by email)

*Granted. The hearing will be held on 10/27/20 at 12:00*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/27/2020