UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Christian Minaya

          Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

15 cr 176- KMK

Defendant Christian Minaya hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

/s/ CHRISTIAN MINAYA
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

CHRISTIAN MINAYA
Print Defendant's Name

_____
Defendant's Counsel's Signature

JOHN S. WALLENSTEIN, ESQ.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/1/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge