# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 10/8/2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

               Plaintiff           **SCHEDULING ORDER**

    -against-                      7:15-cr-176-KMK

Christian Minaya
              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for 10/15/2020 at 11 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  October 8, 2020
          White Plains, New York

                                                  SO ORDERED:

                                                  s/       PED
                                                  _____

                                                  PAUL E. DAVISON
                                                  United States Magistrate Judge