UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

Christian Minaya
       Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:15-cr-176-KMK

10/15/20

Defendant Christian Minaya hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☒     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

/s/ Christian Minaya by permission
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
CHRISTIAN MINAYA

_____
Print Defendant's Name

JOHN S. WALLENSTEIN, ESQ.
Digitally signed by JOHN S. WALLENSTEIN, ESQ.
Date: 2020.10.15 08:46:46 -04'00'
Defendant's Counsel's Signature

JOHN S. WALLENSTEIN

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/15/20
Date

U.S. District Judge/U.S. Magistrate Judge