**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 28, 2020

**BY ELECTRONIC MAIL and CM/ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Christian Minaya*,
        15 Cr. 176 (KMK)

Dear Judge Karas:

The Government—with the consent of defense counsel—writes respectfully to request an extension of time to respond to this Court's questions about the medical care defendant Christian Minaya is currently receiving at the Westchester County Jail (the "WCJ").

In particular, during yesterday's bail hearing in this case, the Court directed the Government to file a letter this morning regarding the medical care that the WCJ is currently providing to Minaya, and held the bail application in abeyance pending receipt of that letter and a response, if any, from Minaya.

The Government has been speaking with, and gathering documents from, the WCJ, and believes it understands the level and type of care being provided to Minaya. On the basis of the information that the Government currently has, the Government expects to argue that Minaya is receiving adequate and appropriate care. However, the Government is still trying to get additional information that would be helpful to the Court and provide a more complete picture (and either confirm or contradict the Government's current understandings). Rather than submitting a letter today and supplementing that letter on a rolling basis, the Government believes the Court and Minaya would be better served by one complete letter. In order to do so, the Government respectfully requests a very short extension—through the end of the day tomorrow, October 29, 2020—to submit its letter.

I have spoken with John Wallenstein, Esq.—counsel for Minaya—who consents to such an extension.

Hon. Kenneth M. Karas
October 28, 2020
Page 2 of 2

Please feel free to contact me with any questions or issues.

Granted.

So Ordered.

*[signature]*

10/28/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  *[signature]*

Michael D. Maimin
Assistant United States Attorney
(914) 993-1952

cc:     John Wallenstein, Esq. (by electronic mail and CM/ECF)